IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **MARIA ELLEN ROLWING, et al.,**<br>*Plaintiffs,* | § § § | |
| v. | § § § | P:24-CV-00050-DC |
| **PERMIAN RESOURCES OPERATING, LLC,**<br>*Defendant.* | § § § § | |

## ORDER

BEFORE THE COURT is the report and recommendation from United States Magistrate Judge David B. Fannin (Doc. 19) concerning Defendant Permian Resources Operating, LLC's Motion to Dismiss (Doc. 16). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his report and recommendation on October 22, 2025. After due consideration, the Court **ADOPTS** the report and recommendation over objection and **GRANTS IN PART AND DENIES IN PART** the motion.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because Plaintiffs timely

filed their objections to one part of the report, this Court reviews that section *de novo*. The other section is reviewed for clear error.

Having reviewed the unobjected-to portion for clear error, the Court finds none and **ADOPTS** that part of the report and recommendation. Having reviewed *de novo* the objected-to section, as well as the objections and original motion, the Court agrees with the Magistrate and **ADOPTS** the remaining part of the report and recommendation.

In summary, the Court is not persuaded by the objections. It therefore **ADOPTS** the report and recommendation in full and **GRANTS IN PART AND DENIES IN PART** the motion to dismiss.

It is so **ORDERED**.

SIGNED this 28th day of December, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE